**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RODERICK C. ELDER, | ) NO. CV 10-990-DDP (MAN) |
| Petitioner, | ) |
| v. | ) JUDGMENT |
| RANDY GROUNDS, WARDEN, | ) |
| Respondent. | ) |

Pursuant to the Court's Order Dismissing Petition As Second Or Successive,

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: May 11, 2010 .

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE